606 A.2d 899

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**John E. TYSON, Petitioner.**

Supreme Court of Pennsylvania.

May 15, 1992.

PER CURIAM.

The Petition for Allowance of Appeal is GRANTED. The case is Remanded to the Superior Court for reconsideration in light of this Court's opinion in *Commonwealth v. Lewis*, 528 Pa. 440, 598 A.2d 975 (1991).